Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

Ryan C. Griffith, SBN 286060
Rgriffith@rgriffithlawpc.com
**RYAN GRIFFITH LAW APC**
1566 35th Avenue.
San Francisco, CA 94122
Telephone: (510)564-8552
Facsimile: (510)564-8552

*Attorneys for Defendant Zechsan Business Development*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYO HAK CHU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZECHSAN BUSINESS DEVELOPMENT, INC. d/b/a EXECUTIVE ORDER BAR & LOUNGE, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 4:21-cv-00312-HSG<br><br>CLASS ACTION<br><br>Honorable Judge Haywood S. Gilliam Jr.<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(A)(ii)**<br><br>Complaint Filed: January 13, 2021<br>Trial Date:       None Set |

STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kyo Hak Chu and Defendant Zechsan Business Development, Inc. dba Executive Order Bar & Lounge stipulate and jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear his or its own attorneys' fees and costs.

Dated: April 7, 2022      **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff and Proposed Class*

Dated: April 7, 2022      **RYAN GRIFFITH LAW APC**

*/s/ Ryan C. Griffith*
Ryan C. Griffith, Esq.
*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 7, 2022      **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff and Proposed Class*