1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10
11

KYO HAK CHU, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

ZECHSAN BUSINESS DEVELOPMENT,
INC. d/b/a EXECUTIVE ORDER BAR &
LOUNGE, a California corporation; and
DOES 1 to 10, inclusive,

Defendant.

Case No.: 4:21-cv-00312-HSG

Assigned to Haywood S. Gilliam, Jr.

**ORDER GRANTING STIPULATION TO
DISMISS PLAINTIFF'S INDIVIDUAL
CLAIMS WITH PREJUDICE AND
PUTATIVE CLASS CLAIMS WITHOUT
PREJUDICE PURSUANT TO FEDERAL
RULE OF CIVIL PROCEDURE 41 (A)(1)
(A)(II)**

Complaint Filed:  January 13, 2021
Trial Date:        None Set

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING STIPULATION TO DISMISS CASE

1    IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Kyo Hak Chu and

2  Defendant Zechsan Business Development, Inc. dba Executive Order Bar & Lounge's joint

3  request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their

4  entirety and without prejudice as to the claims of absent putative class members in the above-

5  entitled action, is GRANTED in full. Each party shall bear his or its own fees and costs.

6    IT IS SO ORDERED.

7

8  Dated:_____4/8/2022_____

9    JUDGE HAYWOOD S. GILLIAM, JR.

10    U.S. DISTRICT COURT JUDGE

ORDER GRANTING STIPULATION TO DISMISS CASE